IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON LAWRENCE BROWN,<br><br>    Petitioner,<br><br>  v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>    Respondent.<br>_____/ | No. C-09-5997 TEH (PR)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY |

This habeas corpus action by a pro se prisoner was filed on December 22, 2009. Doc. #1. On December 30, 2009, the Court notified Petitioner in writing that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a signed and completed certificate of funds in his prisoner's account and a copy of his prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. #7.

1       Over three months have elapsed since Petitioner was
2 notified of his filing deficiency; however, he has not provided the
3 Court with the requisite items, or sought an extension of time to do
4 so.  Accordingly, the action is DISMISSED without prejudice.

5       Further, a Certificate of Appealability is DENIED.  <u>See</u>
6 Rule 11(a) of the Rules Governing Section 2254 Cases (effective Dec.
7 1, 2009).  Petitioner may not appeal the denial of a Certificate of
8 Appealability in this Court but may seek a certificate from the
9 Court of Appeals under Rule 22 of the Federal Rules of Appellate
10 Procedure.  <u>Id.</u>

11       The Clerk shall terminate all pending motions as moot and
12 close the file.

15       IT IS SO ORDERED.

17 DATED   04/13/10                    /s/ Thelton E. Henderson
18                                           THELTON E. HENDERSON
                                          United States District Judge

26 G:\PRO-SE\TEH\CR.09\Brown-09-5997-dismissal.wpd

**2**